Yolanda Sitar                                                    Case No. 24-02793

**Part 9:   Signature(s):**

### 9.1  Signatures of Debtor(s) and Debtor(s)' Attorney

*If the Debtor(s) do not have an attorney, the Debtor(s) must sign below; otherwise the Debtor(s) signatures are optional. The attorney for the Debtor(s), if any, must sign below.*

X *[signature]*
Yolanda P Sitar
Signature of Debtor 1
Executed on  03/18/2024
              MM/  DD/  YYYY

X *[signature]*                                                Date  03/18/2024
Signature of Attorney for Debtor(s)                                  MM / DD / YYYY

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**